BAYSIDE-FLUSHING GARDENS, INC., Respondent, v. MORRIS DALIS, Also Known as MAURICE D. DALIS, Appellant, and Another, Defendant.— Action to recover on a demand promissory note held by plaintiff upon which defendant Dalis is an irregular endorser. Dalis pleaded a counterclaim for moneys allegedly due to him as assignee of the corporate defendant D. T. Richard Associates, Inc. An order was duly made granting defendant Dalis's motion for an examination of the plaintiff before trial, in support of the allegations of the counterclaim and of certain affirmative defenses, but denying his motion for a discovery and inspection of certain books, records and documents of plaintiff, and certain corporations, its subsidiaries, which are not parties to the action. From so much of that order as thus denies the motion for discovery and inspection defendant Dalis appeals. Order modified so as to grant the motion for discovery and inspection to the extent only of directing same as to the books, records and documents of the plaintiff. As thus modified, the order is affirmed, without costs, the trial to be stayed pending the inspection. In our opinion, the appellant is entitled to discovery and inspection (*310 Riverside Blvd. Corp.* v. *Weiss*, 245 App. Div. 738; *Meisel* v. *Spielman Motor Sales Co., Inc.*, 260 id. 939, and cases there cited), but only to the extent indicated. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur. Settle order on notice.

MILDRED BLOOM and MORRIS BLOOM, Respondents, v. AMERICAN BEAUTY NAIL POLISH CO., INC., Appellant, and SILVIO VETERE, Defendant.— In an action by the plaintiff wife for damages for personal injuries and property damage, and by her husband for damages for personal injuries and loss of services and expenses, following a collision between plaintiffs' car and appellant's automobile, order setting aside the verdict in favor of appellant and directing a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

MYRIAM CHUSID, Appellant, v. CHARLES J. CHUSID, Respondent.— In an action for separation, order denying plaintiff's motion to punish defendant for contempt of court, reducing the amount of alimony to be paid by defendant, and granting other relief, affirmed, without costs and without prejudice to the right of the plaintiff to renew the motion upon proof that the defendant's financial condition has improved. Order denying the motion of the plaintiff for counsel fee upon this appeal, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

THE CITY MORTGAGE COMPANY, Respondent, v. LEOPOLD SEIDL CORPORATION, Appellant, and Others, Defendants.— Action to foreclose a junior participation in a mortgage on certain real property in New Rochelle, N. Y. The answer contains a counterclaim, the allegations of which are denied, for ground rent claimed to be due from plaintiff. Order denying appellant's motion to examine plaintiff to sustain appellant's counterclaim, reversed on the law and facts, with ten dollars costs and disbursements, and the motion granted, without costs; the examination to proceed at a time and place to be fixed in the order to be entered hereon. No motion was made to dismiss the counterclaim as insufficient in law and it is not palpably invalid; hence appellant is entitled to examine plaintiff to elicit proof to sustain the allegations of the counterclaim. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur. Settle order on notice.